IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIFFANY GLASS**                                                                                   PLAINTIFF

v.                                           No. 4:25-cv-64-DPM

**AMAZON.COM SERVICES, LLC**                                            DEFENDANT

ORDER

    Tiffany Glass presses various employment-related claims against her former employer, Amazon.com Services, LLC. Amazon moves to dismiss her claims that arose before 13 April 2023 as untimely. *Doc. 2*. Glass concedes the timeliness issues and stipulates to a partial dismissal with prejudice. *Doc. 7*. Amazon's motion, *Doc. 2*, is therefore granted. Glass's claims based on her 13 April 2023 "forced transfer" go forward. Her remaining claims are dismissed with prejudice.

    So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 April 2025