# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

TIFFANY GLASS                                                PLAINTIFF

v.                              No. 4:25-cv-64-DPM

AMAZON.COM SERVICES, LLC                          DEFENDANT

## JUDGMENT

Glass's complaint is dismissed with prejudice.  The Court retains jurisdiction until 13 July 2026 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

_4 May 2026_